| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar #258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | GARY LEE HARRISON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:93-CR-05190 LJO-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCING HEARING AND ORDER |
| | ) | |
| GARY LEE HARRISON, | ) | Date: June 25, 2012 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Judge: The Hon. Lawrence J. O'Neill |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, June 11, 2012, **may be continued to Monday, June 25, 2012, at 8:30 a.m.**

The defense requests this continuance because the defense is waiting for medical records, which it anticipates receiving in the next few weeks. The requested continuance will conserve time and resources for both counsel and the Court.

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 4, 2012 |   | By: | /s/ Yasin Mohammad<br>YASIN MOHAMMAD<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 4, 2012 |   | By: | /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>GARY LEE HARRISON |

**O R D E R**

IT IS SO ORDERED.

**Dated:   June 4, 2012**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE