FILED

JUL 30 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GARY LEE HARRISON ) <br> ) <br> Defendant. ) | No. 1:93-CR-05190 LJO <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on July 30, 2012, supervised release granted on June 6, 1994, is hereby continued under the same terms and conditions as previously imposed.

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Westcare Impatient Drug and Alcohol Program forthwith. A certified Judgment and Commitment order to follow.

DATED: July 30, 2012

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1